UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
..................................................................

KAMAR C. MANSON,   ORDER OF DISCONTINUANCE

            Plaintiff(s),   CV-09-4796 (CBA)

-against-

SIMPLY FOOD LIC LLC,
d/b/a Food Cellar & Co. Market,

            Defendant(s)
..................................................................

AMON, J.

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued without prejudice to the right to reopen the action in 45 days if the settlement is not consummated.

SO ORDERED.

Dated:     Brooklyn, New York
            March 16, 2010

                                          /Signed by Judge Amon/
                                          Carol Bagley Amon
                                          United States District Judge